UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

August 12, 2024

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DARRELL DANIEL,

Defendant.

Case No.  2:24-mj-00089-CKD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DARRELL DANIEL ,

Case No.  2:24-mj-00089-CKD , Charge 18 USC § 922(a)(1)(A), from custody for the

following reasons:

\_\_\_\_\_  Release on Personal Recognizance

\_\_\_\_\_  Bail Posted in the Sum of $ _____

   X   Unsecured Appearance Bond $   50,000.00 _____

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

_____  (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

\_\_\_\_\_  30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on August 12, 2024 at 2:30 PM

By: _____

Magistrate Judge Allison Claire