MICHELE BECKWITH
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRELL DANIEL,<br><br>Defendant. | CASE NO. 2:24-cr-00261-JAM<br><br>**SECOND STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>DATE: March 11, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By prior order, this matter is currently set for a status conference on March 11, 2025.

2. By this stipulation, defendant now moves to continue the status conference until **June 03, 2025, at 09:00 a.m.**, and to exclude time between March 11, 2025, and June 03, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes law enforcement reports, photographs, audio recordings, and

search warrants related to a years-long investigation of criminal conduct that spanned five years. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b) On February 28 and March 3, 2025, the parties conferred regarding the status of the case.

  c) Counsel for defendant desires additional time review the discovery, conduct defense investigation, consult with her client, discuss potential resolution of the matter, and otherwise prepare for trial.

  d) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) The government does not object to the continuance.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 11, 2025 to June 03, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 3, 2025                     MICHELE BECKWITH
                                         Acting United States Attorney

                                         /s/ JUSTIN L. LEE
                                         JUSTIN L. LEE
                                         Assistant United States Attorney

Dated: March 3, 2025                     /s/ MIA CRAGER
                                         MIA CRAGER
                                         Counsel for Defendant
                                         DARRELL DANIEL

## ORDER

IT IS SO ORDERED.

Dated: March 03, 2025        /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             SENIOR UNITED STATES DISTRICT JUDGE