HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
DARRELL DANIEL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:24-cr-00261-JAM |
|---|---|---|
| Plaintiff, | ) | **FOURTH STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) | |
| DARRELL DANIEL, | ) | Date: July 15, 2025 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between Michele Beckwith, Acting United States Attorney, through Assistant United States Attorney Justin Lee, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Darrell Daniel, that the status conference, currently scheduled for July 15, 2025, be continued to August 19, 2025 at 9:00 a.m.

The parties are engaged in plea negotiations and defense counsel needs time to discuss possible resolutions with her client. The parties anticipate a possible change of plea on August 19, 2025. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including August 19, 2025; pursuant to 18 U.S.C.

Fourth Stipulation and Order to Continue Status Conference

-1-

1  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code A
2  and T4 based upon time to complete an examination and defense preparation.
3      Counsel and the defendant also agree that the ends of justice served by the Court granting
4  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                                Respectfully submitted,

Dated: July 8, 2025                      HEATHER E. WILLIAMS
                                                Federal Defender

                                                /s/ *Mia Crager*
                                                MIA CRAGER
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                DARRELL DANIEL

Dated: July 8, 2025
                                                MICHELE BECKWITH
                                                Acting United States Attorney

                                                /s/ *Justin Lee*
                                                JUSTIN LEE
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 19, 2025, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code A and T4). It is further ordered the July 15, 2025 **status conference** shall be **CONTINUED** until **August 19, 2025, at 9:00 a.m.**

Dated: July 08, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

Fourth Stipulation and Order to Continue Status Conference

-3-