ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-cr-00261-JAM |
| Plaintiff, | **FIFTH STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| DARRELL DANIEL, | DATE: August 26, 2025 |
| Defendant. | TIME: 9:00 a.m. <br> COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By prior order, this matter is currently set for a status conference on August 26, 2025.

2. By this stipulation, defendant now moves to continue the status conference until **October 21, 2025**, **at 09:00 a.m.**, and to exclude time between August 26, 2025, and October 21, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes law enforcement reports, photographs, audio recordings, and

search warrants related to a years-long investigation of criminal conduct that spanned five years. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      The parties had anticipated being prepared to present a plan to resolve the case to the Court by the August 26, 2025 status hearing. The party are not, however, prepared at this time because there has been a change in counsel for the defendant. New counsel needs additional time to meet with the defendant to discuss the proposed plea offer. Accordingly, the parties are requesting an additional continuance before setting the matter for a change of plea or jury trial.

      c)      Leading up to October 21, 2025, counsel for defendant desires additional time review the discovery, conduct defense investigation, consult with her client, discuss potential resolution of the matter, and otherwise prepare for trial.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 26, 2025 to October 21, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 19, 2025         ERIC GRANT
                              United States Attorney

                              /s/ JUSTIN L. LEE
                              JUSTIN L. LEE
                              Assistant United States Attorney

Dated: August 19, 2025         /s/ NOA OREN
                              NOA OREN
                              Counsel for Defendant
                              DARRELL DANIEL

## ORDER

IT IS SO ORDERED.

August 19, 2025
_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE